United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CMI USA, INC.,

Plaintiff,

v.

SHENZHEN APALTEK CO., LTD., et al.,

Defendants.

Case No. 26-mc-80312-TSH

**ORDER TRANSFERRING ACTION TO CENTRAL DISTRICT OF CALIFORNIA**

Before the Court is CMI USA, Inc.'s motion to compel compliance with deposition subpoenas issued in connection with an action pending in the United States District Court for the Central District of California, *CMI USA, Inc. v. Shenzhen Apaltek Co., Ltd., et al.*, Case No.: 5:24-CV-00353-KK (SPx). CMI filed the present miscellaneous action in this District because the subpoena requires compliance here. *See* Fed. R. Civ. P. 45(d)(2)(B)(i) ("At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection."). The Central District of California is the issuing court. *See* Fed. R. Civ. P. 45(a)(2) ("A subpoena must issue from the court where the action is pending.").

On October 28, 2026, the Court ordered the parties to meet and confer regarding potential transfer of the pending motion under Rule 45(f), which provides: "When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances." Fed. R. Civ. P. 45(f). As the Court explained in its October 28 Order, when the party subject to the subpoena consents, the Court may transfer the motion without making a separate finding of exceptional circumstances, although transfer remains discretionary. ECF No. 4

at 2 (citing Fed. R. Civ. P. 45 advisory committee's note to 2013 amendment).

On November 10, 2026, the parties filed their joint statement. ECF No. 5. They state that Corsair consents to transfer of the motion to quash to the Central District of California and that no party contends this Court should nonetheless exercise its discretion to retain and decide the motion. The Court therefore finds transfer appropriate under Rule 45(f).

Accordingly, the Court **TRANSFERS** this miscellaneous action to the United States District Court for the Central District of California for resolution of the motion to quash in *CMI USA, Inc. v. Shenzhen Apaltek Co.*, *Ltd., et al.*, Case No.: 5:24-CV-00353-KK (SPx). The Clerk of Court shall close the file in this District.

**IT IS SO ORDERED.**

Dated: November 10, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California